AFFIRM; Opinion Filed March 29, 2013.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01340-CR

## KEITH DESHUN SMITH, Appellant

### V.

## THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F10-62369-T

## MEMORANDUM OPINION

Before Justices Francis, Lang, and Evans
Opinion by Justice Lang

Keith DeShun Smith appeals from the adjudication of his guilt for aggravated robbery

with a deadly weapon, a knife. *See* TEX. PENAL CODE ANN. § 29.03(a) (West 2011). The trial

court assessed punishment at twenty-five years' imprisonment. On appeal, appellant's attorney

filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief

meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a

professional evaluation of the record showing why, in effect, there are no arguable grounds to

advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel

delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

<br>

/s/ Douglas S. Lang

DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
121340F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KEITH DESHUN SMITH, Appellant

No. 05-12-01340-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd Judicial District Court of Dallas County, Texas (Tr.Ct.No. F10-62369-T).

Opinion delivered by Justice Lang, Justices Francis and Evans participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered March 29, 2013.

DOUGLAS S. LANG
JUSTICE